An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: KELLI O., MOTHER.

No. 68886

KELLI OLEAR,
Appellant,
vs.
STATE OF NEVADA DEPARTMENT OF FAMILY SERVICES,
Respondent.

**FILED**

JAN 05 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY: _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

On November 3, 2015, this court entered an order denying without prejudice appellant's motion to proceed in forma pauperis. The order instructed appellant to first seek leave to proceed in forma pauperis in the district court. Further, the order cautioned appellant that failure to properly seek leave to proceed in forma pauperis in the district court or to pay the filing fee within 30 days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise communicated with this court. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Tracie K. Lindeman_

cc: Hon. Robert Teuton, District Judge, Family Court Division
Kelli Olear
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-00163